United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY NEWMAKER, et al.,

    Plaintiffs,

v.

CITY OF FORTUNA, et al.,

    Defendants.

_____/

No. C 12-4675 PJH

**ORDER RE CHAMBERS COPY**

PLEASE TAKE NOTICE that the chambers copy of the Declaration of Dale K. Galipo in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal;

☐    includes exhibits that are not attached to a declaration or request for judicial notice and are otherwise unidentified; or

☐    is not usable for another reason –

The paper used for the above-described chambers copy has been recycled by the court. No later than November 5, 2013, plaintiffs shall submit a chambers copy in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated:  October 31, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge

2